1020

[No. 48081-6-II. Division Two. March 21, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW LYNN FERGUSON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 15-1-00154-7, Stephen M. Warning, J., entered August 25, 2015. *Affirmed* by unpublished opinion per Maxa, A.C.J., concurred in by Lee and Melnick, JJ.

[No. 48187-1-II. Division Two. March 21, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIK G. PETTERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-1-01509-3, Sally F. Olsen, J., entered September 16, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Worswick and Lee, JJ. Now published at 198 Wn. App. 673.

[No. 48317-3-II. Division Two. March 21, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY JACOB JAMES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-1-00319-6, Gerald T. Costello, J., entered October 29, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Bjorgen, C.J., and Lee, J.

[No. 48474-9-II. Division Two. March 21, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DARREN CARMEN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 15-1-00367-9, Richard L. Brosey, J., entered January 13, 2016. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Bjorgen, C.J., and Lee, J.